FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEXANDER LEMKE,<br><br>        Plaintiff,<br><br>  -vs-<br><br>HARBOR FREIGHT TOOLS USA, INC,<br><br>        Defendant. | No.   4:22-CV-5153-JAG<br><br>ORDER |

**BEFORE THE COURT** is Plaintiff's Motion to Remand. ECF No. 11. Plaintiff indicates that the amount in controversy does not exceed $75,000. Defendant agrees that remand is appropriate. ECF No. 12.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Remand, **ECF No. 11,** is **GRANTED**.

2. The case shall be **REMANDED** to the Benton County Superior Court.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, terminate all pending deadlines and hearings, and **CLOSE** this file.

DATED January 10, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1